| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BH Sutton Mezz LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAI Architects PC 401 Wellington St W. 3rd Fl M5V 1E7, Canada Toronto, ON | | Trade Debt | | | | $225,000.00 |
| Adam Hakim 9 Dawson Court Purchase, NY 10604 | | Trade Debt | | | | $250,000.00 |
| Bryan Cave LLP 1290 Ave of the Americas New York, NY 10104 | | Trade Debt | | | | $202,753.92 |
| Corcoran Sunshine 660 Madison Avenue 12th Fl. New York, NY 10065 | | Trade Debt | | | | $440,000.00 |
| Cosentini Consulting Engineers PO Box 911669 Denver, CO 80291 | | Trade Debt | | | | $75,000.00 |
| DeSimone Consulting Engineering Group LLC 18 West 18th St 10th Fl New York, NY 10011 | | Trade Debt | | | | $75,000.00 |
| Douglas Elliman LLC 712 Fifth Ave 10th Fl New York, NY 10019 | | Trade Debt | | | | $60,000.00 |
| FP Architects New York Inc. 300 West 57th Street New York, NY 10019 | | Trade Debt | | | | $852,600.00 |

Debtor  **BH Sutton Mezz LLC**
      Name

Case number *(If known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, If partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Herrick, Feinstein LLP<br>Attn: Richard Kalikow<br>2 Park Ave 21st Fl.<br>New York, NY 10016 | | Trade Debt | | | | $250,000.00 |
| JAM Consultants Inc.<br>104 West 29th St 19th Fl.<br>New York, NY 10001 | | Trade Debt | | | | $75,000.00 |
| Langan Engineering Environmental<br>PO Box 536403<br>Pittsburgh, PA 15253 | | | | | | $60,000.00 |
| Langan Engineering Environmental<br>PO Box 536403<br>Pittsburgh, PA 15253 | | Trade Debt | | | | $60,000.00 |
| Muchnick, Golieb & Golieb PC<br>200 Park Ave S Ste 1700<br>New York, NY 10003 | | Trade Debt | | | | $50,000.00 |
| New York Immigration Fund LLC<br>267 Broadway 2nd Fl<br>New York, NY 10007 | | Trade Debt | | | | $49,142.50 |
| Pembrooke & Ives Luxurious Interiors LLC<br>330 West 38th St Ste 1001<br>New York, NY 10018 | | Trade Debt | | | | $558,966.00 |
| Prime Alliance<br>229 Linwood Avenue<br>Cedarhurst, NY 11516 | | Trade Debt | | | | $50,000.00 |
| Rick Stafford<br>Interstate 20 W36th St 10 Fl N<br>New York, NY 10018 | | Trade Debt | | | | $74,500.00 |
| S.M. Berger Architecture P.C.<br>PO Box 222113<br>Great Neck, NY 11022 | | Trade Debt | | | | $67,500.00 |

Debtor   **BH Sutton Mezz LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Systems Implementation Group** 622 Third Avenue 33 Fl New York, NY 10017 | | Trade Debt | | | | $57,500.00 |
| **Tishman Construction Corp NY** 100 Park Ave 5th Fl New York, NY 10017 | | Trade Debt | | | | $80,000.00 |