LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Joseph S. Maniscalco, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

BH SUTTON MEZZ LLC,                              Chapter 11
                                                 Case No.:
          Debtor.
------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL BANKRUPTCY RULE 1007(a)(1)

1. The following financial data is the latest available information and refers to the Debtor's condition on February 26, 2016:

    a. Total Assets: $256,000,000.00

    b. Total Debts- Approximately: $23,000,000.00

    c. Debt securities held by more than 500 holders: 0

    d. Number of shares of preferred stock: 0

    e. Number of shares of common stock: 0

2. The Debtor is a limited liability corporation formed in Delaware in January 2015. The Debtor owns 100% of Sutton 58 Owner LLC. Sutton 58 Owner LLC owns the real properties known as, and located at, 428 East 58th Street, New York, New York 10022, 430 East 58th Street, New York, New York 10022 and 432 East 58th Street, New York, New York 10022 (the "**Real Properties**").

3. The following persons directly or indirectly own, control or hold, 10% of the securities of the debtor:

| Partners Name | Ownership Percentage |
| --- | --- |
| Sutton 58 Owner, LLC | 100% |

4. BH Sutton Mezz LLC is managed and controlled by manager and members, including Sutton 58 Owner, LLC. Herman Carlinsky is the President of BH Sutton Mezz LLC.

5. The management and the day to day operations of BH Sutton Mezz LLC are conducted by Joseph Beninati.

M:\Documents\Company\Cases\BH Sutton Mezz LLC\Petition\Corporate Ownership Statement.docx