UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :   Case No. 16-10455 (SHL)
In re                                                        :
                                                             :
**BH SUTTON MEZZ LLC,**                      (Chapter 11)
                                                             :
Debtor.                                                      :
                                                             :
------------------------------------------------------------ x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1.  Pembrooke & Ives Luxurious Interiors LLC
    330 West 38th Street, Suite 1001
    New York, NY 10018
    Attention:   Andrew Sheinman, Owner
    Telephone: (212) 995-0555
    Fax: (212) 995-2678
    Email: as@pembrookeandives.com

2.  Desimone Consulting Engineering Group LLC
    18 West 18th Street, 10th Floor
    New York, NY 10011
    Attention: Stephen Desimone, President
    Telephone: (212) 532-2211
    Fax: (212) 481-6108
    Email: stephen.desimone@de-simone.com

3.  S.M. Berger Architecture P.C.
    150 Great Neck Road, Suite 101
    Great Neck, NY 11021
    Attention: Sanford M. Berger, President
    Telephone: (516) 773-7365
    Fax: (347) 436-9517
    Email: smbesmbarchitect.com

Dated: New York, New York
      March 23, 2016

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                        By:    /s/ Susan D. Golden
                                  Susan D. Golden
                                  Trial Attorney
                                  201 Varick Street, Suite 1006
                                  New York, New York 10014
                                  Tel. No. (212) 510-0500