LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue Ste 201
Wantagh, NY 11793
Attn: Joseph S. Maniscalco, Esq.
Telephone: (516) 826-6500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

BH SUTTON MEZZ LLC,

              Debtor.

-------------------------------------------------------------------X

Chapter 11
Case No.: 16-10455 (SHL)

## DECLARATION PURSUANT TO LOCAL RULE 1007-1(b)

       BH Sutton Mezz LLC, (the "Debtor") the Debtor herein, by Joseph Beninati, the managing member of the Debtor, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

       1.     The Debtor filed a petition under Chapter 11 of the Bankruptcy Code on February 26, 2016.

       2.     Schedule(s) A, B, D, E, F, G, H were not filed at the time of filing of the said petition, and are being filed herewith.

       3.     The Statement of Financial Affairs, and Declaration Under Penalty of Perjury for Non-Individual Debtors were also not filed at the time of filing of the said petition, and are being filed herewith.

       4.     The following creditors and notice parties are being added to the creditor matrix previously filed with the court:

### Creditors being added to the Creditor Matrix:

Belkin Burden Wenig & Goldman
270 Madison Avenue
New York, NY 10016

Code Consultants Inc.
2043 Woodland Pkwy Ste 300
Saint Louis, MO 63146

Eastern Consolidated
355 Lexington Avenue
New York, NY 10017

Eiseman Levine
805 Third Avenue
New York, NY 10022

Jones Lang LaSalle Americas
c/o Barry E. Lichtenberg
200 Liberty Street 30th Fl.
New York, NY 10281

LJC Dismantling Corp
415-A Meacham Avenue
Elmont, NY 11003

Morrison & Foerster LLP
120 Eagle Rock Road Ste 310
East Hanover, NJ 07936

Pillori Associates P.A.
333 Meadowlands Pkwy Ste 102
Secaucus, NJ 07094

Sutton 58 Associates LLC
Attn.: Richard Kalikow
101 Park Avenue Ste 2602
New York, NY 10178

Sutton 58 Owner LLC
500 West Putnam Avenue
Greenwich, CT 06830

The Law Firm of Elias Schwartz
343 Great Neck Road
Great Neck, NY 11021

Thornton Tomasetti Inc.
PO Box 781187
Philadelphia, PA 19178-1187

**Notice Parties being added to the Creditor Matrix:**

AAI Architects, P.C.
Nick Zigomanis, Vice President
14 Wall Street- 2 Fl.
New York, NY 10005

Intralinks, Inc.
Attn: Gary Urivetzky
150 East 42nd Street
New York, NY 10017

Kramer Levine Naftalis
Attn: Adam C. Rogoff, Esq.
1177 Avenue of the Americas
New York, NY 100036

Kramer Levine Naftalis
Attn: P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, NY 100036

Valer Enterprises, Inc.
Michael Ashkenas
1170 Lincoln Ave Ste 1
Holbrook, NY 11741

5.     The following creditor is being removed from the creditor matrix previously filed with the court:

Time Warner Cable
PO Box 11820
Newark, NJ 07101

6.     No other creditors or notice parties are being added to or removed from the creditor matrix previously filed with the court.

Dated: April 6, 2016

*s/ Joseph Beninati*
Joseph Beninati
Managing Member of BH Sutton Mezz LLC

M:\Documents\Company\Cases\BH Sutton Mezz LLC\Petition\LR 1007 Declaration re Supplemental Schedules.docx

**Fill in this information to identify the case:**

Debtor name    **BH Sutton Mezz LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10455-SHL**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **Chapter 11 List of 20 Largest U/S Claims**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 6, 2016**

X **/s/ Joseph Beninati**
Signature of individual signing on behalf of debtor

**Joseph Beninati**
Printed name

**Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | BH Sutton Mezz LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known): | 16-10455-SHL | |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAI Architects PC 401 Wellington St W. 3rd Fl M5V 1E7, Canada Toronto, ON | | Trade Debt | | | | $183,573.10 |
| Adam Hakim 9 Dawson Court Purchase, NY 10604 | | Trade Debt | | | | $250,000.00 |
| Bryan Cave LLP 1290 Ave of the Americas New York, NY 10104 | | Legal Services | | | | $202,753.92 |
| Corcoran Sunshine 660 Madison Avenue 12th Fl. New York, NY 10065 | | Trade Debt | | | | $440,000.00 |
| Cosentini Consulting Engineers PO Box 911669 Denver, CO 80291 | | Trade Debt | | | | $150,049.65 |
| DeSimone Consulting Engineering Group LLC 18 West 18th St 10th Fl New York, NY 10011 | | Trade Debt | | | | $84,637.16 |
| Eastern Consolidated 355 Lexington Avenue New York, NY 10017 | | Brokerage services | | | | $335,321.00 |
| FP Architects New York Inc. 300 West 57th Street New York, NY 10019 | | Trade Debt | Disputed | | | $1,061,126.00 |

| Debtor | BH Sutton Mezz LLC | | Case number *(if known)* | **16-10455-SHL** | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| Name | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Herrick, Feinstein LLP<br>Attn: Richard Kalikow<br>2 Park Ave 21st Fl.<br>New York, NY 10016 | | Legal Services | Disputed | | | $145,455.73 |
| Jones Lang LaSalle Americas<br>c/o Barry E. Lichtenberg<br>200 Liberty Street 30th Fl.<br>New York, NY 10281 | | Trade Debt | Disputed | | | $1,892,250.00 |
| Langan Engineering Environmental<br>PO Box 536403<br>Pittsburgh, PA 15253 | | Trade Debt | | | | $99,154.50 |
| LJC Dismantling Corp<br>415-A Meacham Ave<br>Elmont, NY 11003 | | Trade Debt | | | | $399,505.70 |
| Muchnick, Golieb & Golieb PC<br>200 Park Ave S Ste 1700<br>New York, NY 10003 | | Legal Services | | | | $47,800.00 |
| Pembrooke & Ives Luxurious Interiors LLC<br>330 West 38th St Ste 1001<br>New York, NY 10018 | | Trade Debt | | | | $558,966.23 |
| Prime Alliance Group, Ltd.<br>229 Linwood Avenue<br>Cedarhurst, NY 11516 | | Loan | | | | $50,000.00 |
| Rick Stafford<br>Interstate 20 W36th St 10 Fl N<br>New York, NY 10018 | | Trade Debt | | | | $74,500.00 |
| Steve Meister, Esq.<br>Meister Seelig & Fein LLP<br>125 Park Ave 7th Fl.<br>New York, NY 10017 | | Legal Services | | | | $44,160.75 |
| The Marino Organization Inc.<br>747 Third Ave 18th Fl<br>New York, NY 10017 | | Trade Debt | | | | $60,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **BH Sutton Mezz LLC**
                Name

Case number *(if known)*   **16-10455-SHL**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thornton Tomasetti Inc. PO Box 781187 Philadelphia, PA 19178-1187 | | Trade Debt | Disputed | | | $42,526.07 |
| Tishman Construction Corp NY 100 Park Ave 5th Fl New York, NY 10017 | | Trade Debt | | | | $80,000.00 |

**Fill in this information to identify the case:**

Debtor name      **BH Sutton Mezz LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **16-10455-SHL**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $      181,000,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $      60,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $      181,060,000.00

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      20,000,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      6,643,979.79

4. **Total liabilities** .......................................................................................................
   Lines 2 + 3a + 3b                                                                                                      $      26,643,979.79

**Fill in this information to identify the case:**

Debtor name  **BH Sutton Mezz LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **16-10455-SHL**

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the Instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

**Part 2:**  **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 50,000.00 | - | 0.00 | = .... | $50,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$50,000.00

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

| Debtor | **BH Sutton Mezz LLC** | Case number *(if known)* **16-10455-SHL** |
|---|---|---|
| | Name | |

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture<br>**Printers, fax machines, computers and computer monitors** | **$0.00** | | **$10,000.00** |

40.    Office fixtures

41.    Office equipment, including all computer equipment and communication systems equipment and software

42.    Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.                                          **$10,000.00**

44.    Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **BH Sutton Mezz LLC** | | Case number *(If known)* **16-10455-SHL** | |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's Interest in property | Net book value of debtor's Interest (Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|---|
| 55.1. **The Debtor owns 100% of the membership interest in Sutton 58 Owner LLC which owns several real properties.** | Fee simple | $0.00 | Appraisal | $181,000,000.00 |

---

**56.** Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

> $181,000,000.00

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
- ■ No
- ☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
- ■ No
- ☐ Yes

| Part 10: | Intangibles and Intellectual property |
|---|---|

**59.** Does the debtor have any interests in intangibles or intellectual property?

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | | Net book value of debtor's Interest (Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | | |
| **61.** Internet domain names and websites | | | | |
| **62.** Licenses, franchises, and royalties **Demolition Permits** | | Unknown | | Unknown |
| **63.** Customer lists, mailing lists, or other compilations | | | | |
| **64.** Other intangibles, or intellectual property **Building, predevelopment design materials** | | Unknown | | Unknown |
| **Litigation claims against Sutton 58 Associates LLC and others** | | Unknown | | Unknown |
| **65.** Goodwill | | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **BH Sutton Mezz LLC** | Case number *(if known)* **16-10455-SHL** |
|---|---|---|
| | Name | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**

■ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

| Debtor | BH Sutton Mezz LLC | Case number *(if known)*  16-10455-SHL |
|---|---|---|
| | Name | |

**Part 12:     Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $50,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $10,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.................................................................> | | $181,000,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $60,000.00 | +91b. $181,000,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $181,060,000.00 |

**Fill in this information to identify the case:**

Debtor name    **BH Sutton Mezz LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10455-SHL**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Sutton 58 Associates LLC**<br>Creditor's Name<br>**Attn: Richard Kalikow**<br>**101 Park Avenue Suite 2602**<br>**New York, NY 10178**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**The Debtor owns 100% of the membership interest in Sutton 58 Owner LLC which owns several real properties.** | **$20,000,000.00** | **$181,000,000.00** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Mezzanine Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$20,000,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Eastdil Secured**<br>**Attn: Douglas L. Harmon**<br>**40 West 57th Street 22nd Fl.**<br>**New York, NY 10019** | Line **2.1** | |

| Debtor | BH Sutton Mezz LLC | Case number (if know) | 16-10455-SHL |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Kramer Levin Naftalis**<br>Attn: Tzvi Rokeach, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 | Line __2.1__ |
| **Kramer Levin Naftalis**<br>Attn: P. Bradley O'Neill, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 | Line __2.1__ |
| **Kramer Levin Naftalis**<br>Attn: Adam C. Rogoff, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 | Line __2.1__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **BH Sutton Mezz LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     **16-10455-SHL**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183,573.10 |
|---|---|---|---|

**AAI Architects PC**
**401 Wellington St W. 3rd Fl**
**M5V 1E7, Canada**
**Toronto, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

**Adam Hakim**
**9 Dawson Court**
**Purchase, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**Belkin Burden Wenig & Goldman**
**270 Madison Ave**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202,753.92 |
|---|---|---|---|

**Bryan Cave LLP**
**1290 Ave of the Americas**
**New York, NY 10104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **BH Sutton Mezz LLC**                                        Case number (if known)    **16-10455-SHL**
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Code Consultants Inc.**
2043 Woodland Pkwy Ste 300
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**ConEdison**
**JAF Station PO Box 1702**
New York, NY 10116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Invoice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,250.00 |
|---|---|---|---|

**Control Point Associates Inc.**
**35 Technology Drive**
Warren, NJ 07059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440,000.00 |
|---|---|---|---|

**Corcoran Sunshine**
660 Madison Avenue 12th Fl.
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,049.65 |
|---|---|---|---|

**Cosentini Consulting Engineers**
PO Box 911669
Denver, CO 80291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,637.16 |
|---|---|---|---|

**DeSimone Consulting**
**Engineering Group LLC**
18 West 18th St 10th Fl
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Douglas Elliman LLC**
712 Fifth Ave 10th Fl
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BH Sutton Mezz LLC** | Case number (if known) | **16-10455-SHL** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335,321.00** |
|---|---|---|---|
| | **Eastern Consolidated**<br>**355 Lexington Avenue**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Brokerage services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,600.00** |
|---|---|---|---|
| | **Eiseman Levine**<br>**805 Third Avenue**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Entek Engineering LLC**<br>**166 Ames St.**<br>**Hackensack, NJ 07601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061,126.00** |
|---|---|---|---|
| | **FP Architects New York Inc.**<br>**300 West 57th Street**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,455.73** |
|---|---|---|---|
| | **Herrick, Feinstein LLP**<br>**Attn: Richard Kalikow**<br>**2 Park Ave 21st Fl.**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,412.66** |
|---|---|---|---|
| | **Intralinks Inc.**<br>**PO Box 392134**<br>**Pittsburgh, PA 15251-9134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|
| | **J.J. Bonamsusa & Associates**<br>**200 West 58th Street**<br>**New York, NY 10119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **BH Sutton Mezz LLC**
Name

Case number (if known)   **16-10455-SHL**

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**JAL 58 LLC**
**c/o Levy Properties**
**60 E 42nd St Ste 1651**
**New York, NY 10165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**JAM Consultants Inc.**
**104 West 29th St 19th Fl.**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**James F. Capalino Assoc. Inc.**
**The Woolworth Bldg**
**233 Broadway Ste 710**
**New York, NY 10279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,903.87 |
|---|---|---|---|

**JM2 Architecture P.C.**
**2410 North Ocean Ave Ste 300**
**Farmingville, NY 11738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,892,250.00 |
|---|---|---|---|

**Jones Lang LaSalle Americas**
**c/o Barry E. Lichtenberg**
**200 Liberty Street 30th Fl.**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,154.50 |
|---|---|---|---|

**Langan Engineering**
**Environmental**
**PO Box 536403**
**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399,505.70 |
|---|---|---|---|

**LJC Dismantling Corp**
**415-A Meacham Ave**
**Elmont, NY 11003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BH Sutton Mezz LLC** | Case number (if known) | **16-10455-SHL** |
|---|---|---|---|
| | Name | | |

---

**3.26**

Nonpriority creditor's name and mailing address
**Morrison & Foerster LLP**
**120 Eagle Rock Rd Ste 310**
**East Hanover, NJ 07936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$4,521.54**

---

**3.27**

Nonpriority creditor's name and mailing address
**Muchnick, Golieb & Golieb PC**
**200 Park Ave S Ste 1700**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

**$47,800.00**

---

**3.28**

Nonpriority creditor's name and mailing address
**New York Immigration Fund LLC**
**267 Broadway 2nd Fl**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$31,342.50**

---

**3.29**

Nonpriority creditor's name and mailing address
**NRAI Inc.**
**PO Box 4349**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$162.00**

---

**3.30**

Nonpriority creditor's name and mailing address
**NYC Water Board**
**PO Box 11863**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset? ■ No ☐ Yes

**$13.48**

---

**3.31**

Nonpriority creditor's name and mailing address
**OVE Arup & Partners PC**
**77 Water St 5th Fl.**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$13,160.00**

---

**3.32**

Nonpriority creditor's name and mailing address
**Pembrooke & Ives**
**Luxurious Interiors LLC**
**330 West 38th St Ste 1001**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$558,966.23**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BH Sutton Mezz LLC** | Case number (if known) | **16-10455-SHL** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Pilori Associates P.A.**
333 Meadowlands Pkwy Ste 102
Secaucus, NJ 07094

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$150.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**Prime Alliance Group, Ltd.**
229 Linwood Avenue
Cedarhurst, NY 11516

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No   ☐ Yes

**$50,000.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Rick Stafford**
Interstate 20 W36th St 10 Fl N
New York, NY 10018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$74,500.00**

---

**3.36** | Nonpriority creditor's name and mailing address
**Rowan Williams Davies & Irwin**
650 Woodlawn Road West
N1K 1B8, Canada
Guelph, ON

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$41,600.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**S.M. Berger Architecture P.C.**
PO Box 222113
Great Neck, NY 11022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$29,812.50**

---

**3.38** | Nonpriority creditor's name and mailing address
**Steve Meister, Esq.**
Meister Seelig & Fein LLP
125 Park Ave 7th Fl.
New York, NY 10017

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No   ☐ Yes

**$44,160.75**

---

**3.39** | Nonpriority creditor's name and mailing address
**Systems Implementation Group**
622 Third Avenue 33 Fl
New York, NY 10017

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$28,489.58**

---

| Debtor | **BH Sutton Mezz LLC** | Case number (if known) | **16-10455-SHL** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,725.00 |
| --- | --- | --- | --- |

**The Law Firm of Elias Schwartz**
343 Great Neck Road
Great Neck, NY 11021

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
| --- | --- | --- | --- |

**The Marino Organization Inc.**
747 Third Ave 18th Fl
New York, NY 10017

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,526.07 |
| --- | --- | --- | --- |

**Thornton Tomasetti Inc.**
PO Box 781187
Philadelphia, PA 19178-1187

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
| --- | --- | --- | --- |

**Tishman Construction Corp NY**
100 Park Ave 5th Fl
New York, NY 10017

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,536.85 |
| --- | --- | --- | --- |

**Turner Construction Company**
375 Hudson St
New York, NY 10014

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
| --- | --- | --- | --- |

**Van Deusen & Associates**
120 Eagle Rock Ave ste 310
East Hanover, NJ 07936

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,625.00 |
| --- | --- | --- | --- |

**Vanguard Construction
Solutions LLC**
1A Winston Way
New Milford, CT 06776

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **BH Sutton Mezz LLC** | | Case number (if known) | **16-10455-SHL** |
|--------|------------------------|---|------------------------|------------------|
| | Name | | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AAI Architects P.C.**<br>**Nick Zigomanis, Vice President**<br>**14 Wall Street- 2 Fl.**<br>**New York, NY 10005** | Line __3.1__<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | **Intralinks, Inc.**<br>**Attn: Gary Urivetzky**<br>**150 East 42nd St**<br>**New York, NY 10017** | Line __3.17__<br><br>☐ Not listed. Explain ____ | — |
| 4.3 | **Valer Enterprises, Inc.**<br>**Michael Ashkenas**<br>**1170 Lincoln Ave Ste 1**<br>**Holbrook, NY 11741** | Line __3.4__<br><br>☐ Not listed. Explain ____ | — |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,643,979.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,643,979.79 |

**Fill in this information to identify the case:**

Debtor name    **BH Sutton Mezz LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10455-SHL**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BH Sutton Mezz LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10455-SHL**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*        *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | AAI Architects PC | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | JAL 58 LLC | ☐ D _____ <br> ■ E/F __3.19__ <br> ☐ G _____ |
| 2.3 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Adam Hakim | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.4 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Belkin Burden Wenig & Goldman | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.5 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Bryan Cave LLP | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    __BH Sutton Mezz LLC_____    Case number *(if known)*    __16-10455-SHL_____

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                        Column 2: Creditor

| 2.6 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Code Consultants Inc. | ☐ D ____ ■ E/F __3.5__ ☐ G ____ |
|------|---------------------|-----------------------------------------|------------------------|---------------------------------|
| 2.7 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | ConEdison | ☐ D ____ ■ E/F __3.6__ ☐ G ____ |
| 2.8 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Control Point Associates Inc. | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
| 2.9 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Corcoran Sunshine | ☐ D ____ ■ E/F __3.8__ ☐ G ____ |
| 2.10 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Cosentini Consulting Engineers | ☐ D ____ ■ E/F __3.9__ ☐ G ____ |
| 2.11 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | DeSimone Consulting | ☐ D ____ ■ E/F __3.10__ ☐ G ____ |
| 2.12 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Douglas Elliman LLC | ☐ D ____ ■ E/F __3.11__ ☐ G ____ |
| 2.13 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Eastern Consolidated | ☐ D ____ ■ E/F __3.12__ ☐ G ____ |

| Debtor | **BH Sutton Mezz LLC** | Case number (if known) | **16-10455-SHL** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                                                    *Column 2:* Creditor

| | | | | |
|---|---|---|---|---|
| 2.14 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Eiseman Levine | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |
| 2.15 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Entek Engineering LLC | ☐ D ____ ■ E/F __3.14__ ☐ G ____ |
| 2.16 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | FP Architects New York Inc. | ☐ D ____ ■ E/F __3.15__ ☐ G ____ |
| 2.17 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Herrick, Feinstein LLP | ☐ D ____ ■ E/F __3.16__ ☐ G ____ |
| 2.18 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Intralinks Inc. | ☐ D ____ ■ E/F __3.17__ ☐ G ____ |
| 2.19 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | J.J. Bonamsusa & Associates | ☐ D ____ ■ E/F __3.18__ ☐ G ____ |
| 2.20 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | JAM Consultants Inc. | ☐ D ____ ■ E/F __3.20__ ☐ G ____ |
| 2.21 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | James F. Capalino Assoc. Inc. | ☐ D ____ ■ E/F __3.21__ ☐ G ____ |

| Debtor | **BH Sutton Mezz LLC** | Case number *(if known)* | **16-10455-SHL** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| 2.22 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | JM2 Architecture P.C. | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |

| 2.23 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Jones Lang LaSalle Americas | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |

| 2.24 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Langan Engineering | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |

| 2.25 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | LJC Dismantling Corp | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |

| 2.26 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Morrison & Foerster LLP | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |

| 2.27 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Muchnick, Golieb & Golieb PC | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |

| 2.28 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | New York Immigration Fund LLC | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |

| 2.29 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | NRAI Inc. | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |

Debtor  **BH Sutton Mezz LLC**                           Case number *(if known)*  **16-10455-SHL**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                              *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.30 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **NYC Water Board** | ☐ D _____ ■ E/F _**3.30**_ ☐ G _____ |
| 2.31 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **OVE Arup & Partners PC** | ☐ D _____ ■ E/F _**3.31**_ ☐ G _____ |
| 2.32 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **Pembrooke & Ives** | ☐ D _____ ■ E/F _**3.32**_ ☐ G _____ |
| 2.33 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **Pillori Associates P.A.** | ☐ D _____ ■ E/F _**3.33**_ ☐ G _____ |
| 2.34 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **Prime Alliance Group, Ltd.** | ☐ D _____ ■ E/F _**3.34**_ ☐ G _____ |
| 2.35 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **Rick Stafford** | ☐ D _____ ■ E/F _**3.35**_ ☐ G _____ |
| 2.36 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **Rowan Williams Davies & Irwin** | ☐ D _____ ■ E/F _**3.36**_ ☐ G _____ |
| 2.37 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **S.M. Berger Architecture P.C.** | ☐ D _____ ■ E/F _**3.37**_ ☐ G _____ |

---

Debtor    __BH Sutton Mezz LLC_____    Case number *(if known)*    __16-10455-SHL_____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                                            Column 2: Creditor

| 2.38 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Steve Meister, Esq. | ☐ D _____ ■ E/F _3.38_ ☐ G _____ |
| 2.39 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Systems Implementation Group | ☐ D _____ ■ E/F _3.39_ ☐ G _____ |
| 2.40 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | The Law Firm of Elias Schwartz | ☐ D _____ ■ E/F _3.40_ ☐ G _____ |
| 2.41 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | The Marino Organization Inc. | ☐ D _____ ■ E/F _3.41_ ☐ G _____ |
| 2.42 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Thornton Tomasetti Inc. | ☐ D _____ ■ E/F _3.42_ ☐ G _____ |
| 2.43 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Tishman Construction Corp NY | ☐ D _____ ■ E/F _3.43_ ☐ G _____ |
| 2.44 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Turner Construction Company | ☐ D _____ ■ E/F _3.44_ ☐ G _____ |
| 2.45 | Sutton 58 Owner LLC | 500 West Putnam Avenue Greenwich, CT 06830 | Van Deusen & Associates | ☐ D _____ ■ E/F _3.45_ ☐ G _____ |

Debtor    __BH Sutton Mezz LLC_____    Case number *(if known)*   __16-10455-SHL_____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor                                                      *Column 2:* Creditor

| 2.46 | **Sutton 58 Owner LLC** | **500 West Putnam Avenue Greenwich, CT 06830** | **Vanguard Construction** | ☐ D _____ ■ E/F ___3.46___ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name __**BH Sutton Mezz LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __**16-10455-SHL**__

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **BH Sutton Mezz LLC**                                    Case number *(if known)*    **16-10455-SHL**

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sutton 58 Owner, LLC and BH Sutton Mezz LLC v. Sutton 58 Associates LLC<br>650832/16 | Preliminary Injunction | New York Civil Supreme Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Notice of Article 9 UCC Sale of Debtor's membership interest in Sutton 58 Owner LLC | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

Debtor    **BH Sutton Mezz LLC** _____    Case number (if known)    **16-10455-SHL**

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LaMonica Herbst & Maniscalco LLP**<br>**3305 Jerusalem Avenue Ste 201**<br>**Wantagh, NY 11793** | | **February 26, 2016** | **$48,283.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Prime Alliance Group, Ltd.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Debtor    BH Sutton Mezz LLC _____    Case number *(if known)* **16-10455-SHL** _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.

☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.

☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor    **BH Sutton Mezz LLC** _____    Case number (if known) __16-10455-SHL__

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No.
- ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **Sutton 58 Owner LLC** | | **Dates business existed** EIN:    **47-1095829** From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1.  **RESIG** **Bill Filon/Aina Sanchez-Lim** **622 Third Avenue 33rd Fl** **New York, NY 10017** | | **June 2015-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **BH Sutton Mezz LLC**                                          Case number *(if known)* **16-10455-SHL**

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

**Name and address**                                                     **If any books of account and records are**
                                                                         **unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
     statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BH Sutton Owner, LLC | c/o Joseph Beninati, Managing Member<br>500 Putnam Ave Ste 400<br>Greenwich, CT 06830 | Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Herman Carlinsky | 100 Ring Road West Unit 211<br>Garden City, NY 11530 | President | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,
loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   **BH Sutton Mezz LLC**                                      Case number *(if known)*   **16-10455-SHL**

Name of the parent corporation                               Employer Identification number of the parent
                                                             corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■   No
  ☐   Yes. Identify below.

Name of the parent corporation                               Employer Identification number of the parent
                                                             corporation

Part 14:   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 6, 2016**

  **/s/ Joseph Beninati**                                   **Joseph Beninati**
  Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes