LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Joseph S. Maniscalco, Esq.
Telephone: (516) 826-6500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

                   Chapter 11

BH SUTTON MEZZ LLC,         Case No.: 16-10455 (SHL)

      Debtor.
---------------------------------------------------------------X

## STATEMENT PURSUANT TO LOCAL RULES 2016(b)

The undersigned, pursuant to U.S.C. §329(a) and Bankruptcy Rule 2016(b), states that:

(1)   The undersigned is the attorney for BH Sutton Mezz LLC (the "Debtor") in this case.

(2)   The compensation paid or agreed to be paid by the Debtor to the undersigned is as follows:

(a)   a retainer for legal services rendered or to be rendered in contemplation of and in connection with this case:   $48,283.00
(b)   the court filing fee in this case:   $1,717.00
(b)   prior to filing this statement, the Debtor has paid:   $50,000.00
(c)   the unpaid balance due and payable for services rendered will be determined prospectively.

(3)   The services rendered or to be rendered include the following:

(a)   analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under Chapter 11 of Title 11 of the United States Code;
(b)   preparation and filing of the petition, schedules, statements of affairs, plan and disclosure statements and other documents required by the Court;
(c)   preparation of all necessary retention applications and affidavits for the retention of professionals in this case;
(d)   representation of the Debtor at the meeting of creditors and in all appearances before the Bankruptcy Court including, but not limited to, any motion or hearing related to the plan, disclosure statement, proofs of claims, leases, etc.

(4)   The source of payment made by the Debtor to the undersigned was paid by Prime Alliance Group, Ltd.

(5)   The source of payments to be made by the Debtor to the undersigned for the unpaid balance remaining, if any, will be from the Debtor or as otherwise agreed.

(6)   The undersigned has received no transfer, assignment or pledge or property.

(7) The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm any compensation paid or to be paid.

(8) The retainer for the filing of the Chapter 11 petition, inclusive of the court's filing fee in the amount of $1,717.00, has been paid to the undersigned by Prime Alliance Group, Ltd in the amount of $50,000.00.

Dated: Wantagh, New York
April 6, 2016

Respectfully Submitted:    *s/ Joseph S. Maniscalco*
Joseph S. Maniscalco, Esq.
A Member of the Firm
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500

*M:\Documents\Company\Cases\BH Sutton Mezz LLC\Petition\2016 Statement.docx*