UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                                    Chapter 11

BH SUTTON MEZZ LLC, et al.,                                         Case No.: 16-10455 (SHL)
                                                                                           (Jointly Administered)
                        Debtors.
------------------------------------------------------------------x

**CONSENT ORDER CONTINUING AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(E)(1)**

Upon the *Revised Notice of Motion of Sutton 58 Associates LLC for Order Dismissing Chapter 11 Case Pursuant to Bankruptcy Code § 1112(b) or, in the Alternative, Modifying the Automatic Stay Pursuant to Bankruptcy Code § 362(d)(1)* (the "Lender's Motion") filed on March 17, 2016 [Dkt. No. 23]; and upon the *Chapter 11 Debtor's Response in Opposition* to the Lender's Motion (the "Debtor's Opposition") [Dkt. No. 38]; and upon the *(A) Objection of the Official Committee of Unsecured Creditors to Sutton 58 Associates LLC's Motion for an Order Dismissing Chapter 11 Case or, in the Alternative, Modifying the Automatic Stay Pursuant to Bankruptcy Code § 362(d)(1) and (B) Joinder to Debtor's Opposition* [Dkt. No. 39]; and upon the *Statement of AAI Architects, P.C. Regarding Motion of Sutton 58 Associates LLC to Dismiss Case* [Dkt. No. 42]; and upon the *Declaration of Richard R. Kalikow in Response to the Declaration of Joseph Beninati* [Dkt. No. 46]; and upon *Sutton 58 Associates LLC's Reply Memorandum in Further Support of the Lender's Motion* [Dkt. No. 47]; and upon the *Reply Declaration of N. Richard Kalikow* [Dkt. No. 48]; and upon the initial hearing held before the Court on April 7, 2016 (the "Initial Hearing"), the transcript of which is incorporated herein by reference; and upon the adjournment at the Initial Hearing of the Lender's Motion to April 14, 2016 at 10:00 a.m.; and upon the letter confirming the further adjournment of the Lender's Motion to April 28, 2016 at 10:00 a.m. [Dkt. No. 61]; now, therefore, it is hereby

ORDERED, that the automatic stay imposed pursuant to 11 U.S.C. § 362 (a) is hereby extended on consent and in accordance with 11 U.S.C. § 362 (e)(1) to the <u>later of</u> April 28, 2016 <u>or</u> the final hearing and determination of the Lender's Motion.

Dated: April \_\_\_, 2016
New York, New York

_____
Hon. Sean H. Lane
United States Bankruptcy Judge