**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.®*

**Holly R. Holecek, Esq.**
Partner
p: 516.826.6500 x225
hrh@lhmlawfirm.com

September 20, 2016

**BY ECF**
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

> *In re: BH Sutton Mezz LLC, et al.*
> **Chapter 11**
> **Case No. 16-10455-SHL (Jointly Administered)**

Dear Judge Lane:

      In accordance with the conference conducted yesterday in the above-captioned cases, I am writing to confirm the Debtors' withdrawal, without prejudice, of the Debtors' *Motion Seeking the Entry of an Order: (i) Precluding Sutton 58 Associates LLC from Filing a Chapter 11 Plan of Liquidation; (ii) Denying the Rights of Sutton 58 Associates LLC and Jones Lang LaSalle Americas, Inc. to Vote on the Debtors' Joint Plan of Reorganization Pursuant to Rules 1121(b), 1125(b) and 1126(e) of the Federal Rules of Bankruptcy Procedure; and (iii) Subordinating the Claims of Sutton 58 Associates LLC Under 11 U.S.C. § 510(c)* [Dkt. No. 214] and the cancellation of the hearing on the motion, which was scheduled for September 21, 2016 at 2:00 p.m.

      Thank you for your consideration.

Respectfully submitted,

*s/ Holly R. Holecek*
Holly R. Holecek

HRH/bhs
cc.    BH Sutton Mezz LLC, et al.