**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.*®

**Holly R. Holecek, Esq.**
Partner
p: 516.826.6500 x225
hrh@lhmlawfirm.com

December 5, 2016

**By ECF**
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

        Re:    **BH Sutton Mezz LLC, et al.**
                   **Chapter 11**
                   **Case No. 16-10455-SHL (Jointly Administered)**

Dear Judge Lane:

      This letter shall confirm that the hearing on the Debtor's motion seeking a bar date [Dkt No. 187] was adjourned *sine die* from December 6, 2016 at 2:00 p.m.

      Thank you for your consideration.

                                                      Respectfully submitted,

                                                      *s/ Holly R. Holecek*
                                                      Holly R. Holecek

HRH/bhs
cc:  Adam C. Rogoff, Esq.
      P. Bradley O'Neill, Esq.
      Thomas A. Draghi, Esq.