KRAMER LEVIN NAFTALIS & FRANKEL LLP
Adam C. Rogoff
P. Bradley O'Neill
Natan Hamerman
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Sutton 58 Associates LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re:<br>BH SUTTON MEZZ LLC,<br>a Delaware limited liability company,<br>SUTTON 58 OWNER, LLC,<br>a Delaware limited liability company, and<br>SUTTON 58 OWNER, LLC,<br>a New York limited liability company,<br>                        Debtors. | Chapter 11<br>Case No.: 16-10455 (SHL)<br>(Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF TECHNICAL AMENDMENT TO (I) JOINT CHAPTER 11 PLAN OF
LIQUIDATION FILED BY OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND SUTTON 58 ASSOCIATES LLC, AS MODIFIED
AND SUPPLEMENTED AND (II) DISCLOSURE STATEMENT
FOR JOINT CHAPTER 11 PLAN OF LIQUIDATION
FILED BY OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND SUTTON 58 ASSOCIATES LLC,
<u>AS MODIFIED AND SUPPLEMENTED</u>**

[RELATED DOCKET NO. 326]

PLEASE TAKE NOTICE THAT:

       1. On December 5, 2016, The Official Committee of Unsecured Creditors and Sutton 58 Associates LLC (collectively, the "**Plan Proponents**") filed the Joint Chapter 11 Plan of Liquidation dated November 14, 2016, as modified on November 22, 2016 and as supplemented on December 5, 2016 (the "**Plan**") [Docket No. 326-1]; and the accompanying Disclosure Statement for Joint Chapter 11 Plan of Liquidation (the "**Disclosure Statement**") [Docket No. 326-3].

2. On December 8, 2016, the Court entered an order approving the Disclosure Statement [Docket No. 333].

3. The Plan Proponents have made a technical amendment to Section 6.03 of the Plan.

4. The Plan Proponents hereby file an amended Plan, attached hereto as Exhibit 1, and the accompanying amended Disclosure Statement, attached hereto as Exhibit 3.

5. For ease of reference, a redline reflecting the technical amendment made to the Plan is attached hereto as Exhibit 2; and a redline reflecting the corresponding amendment made to the Disclosure Statement is attached hereto as Exhibit 4.

Dated: New York, New York
December 8, 2016

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

/s/ Adam C. Rogoff, Esq.
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
Natan Hamerman, Esq.
*Attorneys for Sutton 58 Associates LLC*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP
*Attorneys for the Official Committee of Unsecured Creditors*
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200

2