**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Joseph S. Maniscalco, Esq.
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

|  |  |
|---|---|
| In re: | Chapter 11 |
| BH SUTTON MEZZ LLC, a Delaware Limited Liability Company,<br>SUTTON 58 OWNER, LLC, a Delaware Limited Liability Company, and<br>SUTTON 58 OWNER, LLC, a New York Limited Liability Company, | Case No.: 16-10455 (SHL)<br>(Jointly Administered) |
|               Debtors. | |

---------------------------------------------------------------x

## NOTICE OF TRANSCRIPT OF AUCTION SALE

**PLEASE TAKE NOTICE** that the attached is a true and accurate copy of the transcript

of the public auction sale conducted by the Debtors on December 13, 2016.

Dated: January 13, 2017
     Wantagh, New York           **LaMONICA HERBST & MANISCALCO, LLP**
                                 Counsel to the Debtors

                            By:     *s/ Holly R. Holecek*
                                 Holly R. Holecek, Esq.
                                 3305 Jerusalem Avenue, Suite 201
                                 Wantagh, New York 11793
                                 Telephone: (516) 826-6500

**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - -X

In re:

BH SUTTON MEZZ LLC, a Delaware Limited
Liability Company,
SUTTON 58 OWNER LLC, a Delaware Limited
Liability Company, and
SUTTON 58 OWNER LLC,
a New York Limited Liability Company,

                Debtors.

Chapter 11
Case No. 16-10455-(SHL)
(Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - -X

            Meridian Capital
            800 3rd Avenue - 38th Floor
            New York, New York 10022

            December 13, 2016
            11:48 a.m.



```
 1

 2    A P P E A R A N C E S:

 3
                    LaMONICA HERBST & MANISCALCO, LLP
 4                      Attorneys for Debtors
                       3305 Jerusalem Avenue
 5                     Wantagh, New York 11793
                       BY: JOSEPH S. MANISCALCO, ESQ.
 6                         HOLLY R. HOLECEK, ESQ.

 7                  KRAMER LEVIN NAFTALIS & FRANKEL, LLP
                       Attorneys for Sutton 58
 8                     Associates LLC
                       1177 Avenue of the Americas
 9                     New York, New York 10036
                       BY: JOY A. NEVELOFF, ESQ.
10                         NATAN HAMMERMAN, ESQ.
                           ADAM C. ROGOFF, ESQ.
11
                    WESTERMAN BALL EDERER MILLER ZUCKER &
12                  SHARESTEIN, LLP
                       Attorneys for Official Committee
13                     of Unsecured Creditors
                       1201 RXR Plaza
14                     Uniondale, New York 11556
                       BY: THOMAS A. DRAGHI, ESQ.
15
                    STANLEY K. SCHLEIN, ESQ.
16                     481 Ring Avenue
                       Bronx, New York 10464
17
                    JOSEPH BENINATI,  BH Sutton bankruptcy
18                     estate representative
                       (By telephone)
19
                    BAUHOUSE GROUP
20                     134 West 26th Street - Suite 605
                       New York, New York 10001
21                     BY: CHRIS JONES

22                  505 PARK AVENUE
                       New York, New York 10022
23                     BY: VAN NGUYEN

24                         JOHN ILLUZZI

25        (Appearances continued on next page)
```



1

2          LICHTENBERG PLLC
                Attorneys for Jones Lang
3               One World Financial Center
                200 Liberty Street - 30th Floor
4               New York, New York 10281
                BY: BARRY E. LICHTENBERG, ESQ.
5

6          PAUL HASTINGS, LLP
                Attorney for Gemini Residential
7               200 Park Avenue
                New York, New York 10166
8               BY: HARVEY A. STRICKON, ESQ.

9
                GAMMA REAL ESTATE
10              101 Park Avenue - Suite 2602
                New York, New York 10178
11              BY: JONATHAN KALIKOW, President
                    N. RICHARD KALIKOW
12

13         JONES LANG LaSALLE
                330 Madison Avenue
14              New York, New York 10017
                BY: KEITH KURLAND, Managing
15              Director, Capital Markets

16
                CORNELL REALTY MANAGEMENT, LLC
17              75 Huntington Street
                Brooklyn, New York 11231
18              BY: ISAAC HAGER

19
                MERIDIAN INVESTMENT SALES
20              800 Third Avenue - 38th Floor
                New York, New York 10022
21              BY:  LIPA LIEBERMAN,
                     Managing Director
22                   ABIE KASSIN, Director
                     DAVID SCHECHTMAN
23                   TAL BAR-OR

24

25



```
 1              BH Sutton Chapter 11 Auction
 2              MR. MANISCALCO:  We are ready to start
 3    the auction process now.  Everybody who is in
 4    the room make sure you provide your notice of
 5    appearance with the court reporter.  If you
 6    haven't, please raise your hand and step out.
 7    On the phone we have Joseph Beninati, who is
 8    still the estate representative for the
 9    bankruptcy estates of BH Sutton Mezz.  Mr.
10    Beninati, are you there?
11              MR. BENINATI:  Yes, sure.
12              MR. MANISCALCO:  We are going to start
13    the auction.  I do have terms and conditions
14    that are signed by what I called Sutton lender
15    or the Calico Group.  Is that okay, Mr. Rogoff?
16              MR. ROGOFF:  For the record, Sutton 58
17    Associates LLC, you can refer to them as the
18    Sutton lender or just the lender.
19              MR. MANISCALCO:  I have the executed
20    terms and conditions by them.  I also have
21    executed terms and conditions of Cornell Realty
22    Management LLC.  We also have with us both
23    brokers.  David Schechtman is here on behalf of
24    Meridian and Keith Kurland on behalf of Jones
25    Lang LaSalle.
```



1                    BH Sutton Chapter 11 Auction

2                    Before we proceed, I have -- I'm going

3       to read into the record exactly what we are

4       selling today.  This is in connection with the

5       three bankruptcy estates that are pending in the

6       United States Bankruptcy Court for the Southern

7       District of New York.  I'm not going to read all

8       of the terms and conditions, which are eight

9       pages, which are executed, but the record should

10      be clear as to precisely what it is that we are

11      selling today.

12                   The following terms of sale shall

13      govern the sale of the following assets:  The

14      assets that are being sold are the real

15      properties located at and known as 428, 430 and

16      432 East 58th Street, New York, New York, 10022

17      and all zoning and development rights owned by

18      or available to the debtors and/or to which the

19      debtors have a right, title and interest in,

20      including the rights, licenses, easements and

21      other agreements contained in those certain

22      agreements with the owners of 426 East 58th

23      Street, New York, New York, Lot 36, including

24      certain construction license agreements and the

25      right to thirteen thousand one hundred

1                    BH Sutton Chapter 11 Auction

2       eighty-five square feet of unused development

3       rights.

4                    Number two, 422 East 58th Street, New

5       York, New York, Lot 37, including the right to

6       twenty-one thousand seven hundred fifty square

7       feet of unused development rights.

8                    Number three, 434 and 436 East 58th

9       Street, New York, New York, Lots 31 and 33,

10      including certain construction licenses and the

11      right to thirty-three thousand four hundred

12      forty-two square feet of unused development

13      rights.

14                   Number four, 440 East 58th Street, New

15      York, New York, Lot 30, including the right to

16      thirteen thousand five hundred fifty-six square

17      feet of unused development rights.

18                   Number five, 442 East 58th Street, New

19      York, New York, Lot 129, including the right to

20      sixteen thousand two hundred sixty-seven square

21      feet of unused development rights.

22                   Number six, 444-446 East 58th Street,

23      New York, New York, Lot 29, including the right

24      to twenty-two thousand five hundred eighty-three

25      square feet of unused development rights.



1        BH Sutton Chapter 11 Auction

2        Number seven, 461 East 58th Street,

3    New York, New York, Lot 20 -- East 57th Street,

4    I apologize, New York, New York, Lot 22,

5    including the right to twenty-three thousand

6    four hundred twenty-eight square feet of unused

7    development rights.

8        And number eight, 455 East 57th

9    Street, New York, New York, Lot 19, including

10   the right to use such property as a pass-through

11   to allow for the acquisition of unused

12   development rights from 461 East 57th Street,

13   New York, New York, and with Gemini Residential,

14   LLC, including the right to fifty-seven thousand

15   seven hundred fifteen square feet of

16   inclusionary development rights pursuant to that

17   certain inclusionary air rights purchase

18   agreement dated January 20, 2015.

19       Those are the assets that we are

20   selling.  The sale is being made pursuant to a

21   Chapter 11 plan of liquidation, which was filed

22   in connection with that bankruptcy case by the

23   committee of unsecured creditors and Sutton 58

24   Associates.  The debtor's Chapter 11 bankruptcy

25   cases are being jointly administered under the

1              BH Sutton Chapter 11 Auction

2    United States Bankruptcy Court for the Southern

3    District of New York.

4              The sale of the assets is being

5    conducted pursuant to Bankruptcy Code sections

6    363(b),(d),(f),(k) and (m) and is subject to

7    confirmation of the Chapter 11 plan that was

8    filed.

9              For the record, the buyer and the

10   official committee of unsecured -- apologize,

11   for the record, Sutton 58 Associates and the

12   official committee of unsecured creditors

13   appointed in the Chapter 11 cases have jointly

14   proposed and filed a joint Chapter 11 plan of

15   liquidation dated November 14, 2016 as modified

16   on November 22, 2016 and supplemented on

17   December 5, 2016 and the sale conducted today is

18   pursuant to that plan of liquidation without any

19   material modification, and under that plan there

20   is currently a confirmation hearing scheduled

21   for January 11, 2017, eleven a.m. and that joint

22   plan that was filed also provides for a lender

23   contribution of potentially four point eight

24   million dollars.

25             Mr. Beninati, have you listened to all

1                    BH Sutton Chapter 11 Auction

2     the terms and conditions and everything that we

3     are currently selling?

4                    MR. BENINATI:  Yes, I have, Joe.

5                    MR. MANISCALCO:  Is there any

6     modification that you would like to make?

7                    MR. BENINATI:  Not that I'm aware of.

8                    MR. MANISCALCO:  For the record, I

9     have received two bids.  The first bid that I

10    received was a bid from Cornell Realty

11    Management, which is a bid for sixty-seven

12    million two hundred one thousand dollars.  Plus

13    the buyer's premium of one point one seven five

14    percent.  Plus the assumption of the obligations

15    under the Fisher contract.  Plus the assumption

16    of the obligations under the 434 contract.  Plus

17    the obligations under the 426 contract.

18                    I then received a bid from Sutton 58

19    Associates in the amount of eighty million

20    dollars, utilized as a credit bid, which is

21    authorized under the Bankruptcy Code and order

22    and decision of the Bankruptcy Court.  The

23    eighty million dollars is a net bid and includes

24    plus one point one seven five percent buyer's

25    premium.  Plus the Fisher contract.  Plus the

1                 BH Sutton Chapter 11 Auction

2     434 contract.   Plus the 426 contract.

3            Both bidders are here.   Did I

4     accurately describe the bids that have been

5     presented to us?

6            MR. ROGOFF:   Adam Rogoff, Kramer Levin

7     on behalf of the lender.   The only thing I

8     haven't done the math on, but the order speaks

9     for itself, there is an order appointing the

10    brokers in this case.   There are provisions

11    relating to what the buyer premium would be,

12    depending upon if it's a transaction third party

13    or credit bid transaction.   We simply

14    acknowledge that our bid, our eighty million

15    dollar bid that we put in is also on top of that

16    eighty million dollar credit bid is the payment

17    of the buyer's premium obligations as it relates

18    to the lender under the retention orders,

19    as well as the assumption of obligations under

20    various agreements.

21           MR. MANISCALCO:   Cornell Realty, have

22    I described what your bid was presented prior to

23    the hearing?

24           MR. HAGER:   Yes.

25           MR. MANISCALCO:   What I currently have



```
 1                  BH Sutton Chapter 11 Auction
 2      is both bids are substantially similar bids.
 3      Sutton 58 Associate's bid is for eighty million
 4      dollars.  I would go to Cornell Realty
 5      Management.  Both bidders that are here, if at
 6      any time during the process you want to take a
 7      break and speak to anybody, we can take a break.
 8      However, you're not going to take a break right
 9      now because the first bid is eighty-one million
10      dollars.  Do I have an eighty-one million dollar
11      bid by Cornell Realty Management?
12                  MR. HAGER:  Isaac Hager.  Yes.
13                  MR. MANISCALCO:  Leaving the same
14      conditions that I previously set on the record,
15      my next bid goes to Sutton 58 Associates.  Do I
16      have an eighty-two million dollar bid by Sutton
17      58 Associates?
18                  MR. ROGOFF:  You will have an
19      eighty-two million dollar bid.  Let me also say
20      for the record, in addition to the terms and
21      conditions that we acknowledged the receipt of,
22      the lender has submitted a credit bid agreement
23      dated December 9, 2016.  That credit bid
24      agreement is as defined consistent with the
25      joint plan that Mr. Maniscalco referred to
```



1                    BH Sutton Chapter 11 Auction

2        earlier.

3                    The joint plan, now dated December 5,

4        2016, in Section 2 of our credit bid agreement

5        there is a reference to credit bid in the amount

6        of eighty million dollars and the lender will

7        amend Section 2 to increase its credit bit from

8        eighty million dollars to eighty-two million

9        dollars.  All other terms and conditions in our

10       credit bid agreement remain the same.

11                   By the way, just for the sake of the

12       record, that statement that I just made will

13       apply to any subsequent bidding as well.

14                   MR. MANISCALCO:  Thank you very much.

15       I have an eighty-two million dollar bid by

16       Sutton 58 Associates.  My next bid is going to

17       go to eighty-three million dollars.  Do I have

18       an eighty-three million dollar bid by Cornell

19       Realty Management?

20                   MR. HAGER:  Yes.

21                   MR. MANISCALCO:  I'm going to go back

22       to Sutton 58 at this point, and do I have an

23       eighty-four million dollar bid by Sutton 58

24       Associates?

25                   MR. ROGOFF:  The lender will increase



1                BH Sutton Chapter 11 Auction

2        its credit bid to eighty-four million dollars.

3                MR. MANISCALCO:  I'm going to go to an

4        eighty-five million dollar bid.  Do I have an

5        eighty-five million dollar bid by Cornell

6        Realty?

7                MR. HAGER:  Yes.

8                MR. MANISCALCO:  I'm going to go to

9        eighty-six.  Do I have an eighty-six million

10       dollar bid by Sutton 58 Associates?

11               MR. ROGOFF:  The lender will increase

12       its credit bid to eighty-six million dollars.

13               MR. MANISCALCO:  From here I'm going

14       to go an eighty-seven million dollar bid.  Do I

15       have an eighty-seven million dollar bid by

16       Cornell Realty?

17               MR. HAGER:  No.

18               MR. MANISCALCO:  Currently what I have

19       is an eighty-six million dollar bid by Sutton 58

20       Associates.  The next bid is an eighty-seven

21       million dollar bid.  Do I have eighty-seven

22       million dollars by anyone looking to bid higher

23       than the eighty-six million dollar bid that we

24       currently have?  I haven't heard anything.

25       Going once, going twice.



1               BH Sutton Chapter 11 Auction

2               Cornell Realty, would you like to

3    increase your bid higher than your eighty-five

4    million dollar bid.

5               MR. HAGER:  No.

6               MR. MANINSCALSCO:  At this point, I

7    don't have any other bids.  I have going once,

8    going twice.  I'm going to recommend to the

9    debtor that we stop the bidding at eighty-six

10   million dollars.  I have debtor's representative

11   on the phone.  Mr. Beninati, are you there?

12              MR. BENINATI:  Yes, I am.

13              MR. MANISCALCO:  Have you heard the

14   bids?

15              MR. BENINATI:  I have heard them all.

16              MR. BENINATI:  Mr. Beninati, do you

17   agree to stop the bidding at this point,

18   eighty-six million dollar bid to Sutton 58

19   Associates?

20              MR. BENINATI:  Yeah.

21              MR. MANISCALCO:  That is it.  The

22   bidding is closed.  Going once, going twice, the

23   bidding is done at this point.  Anything from

24   the creditors' committee?

25              MR. DRAGHI:  No, we have a successful



1                BH Sutton Chapter 11 Auction

2        bidder which has been presented to the court,

3        which is Sutton 58 Associates and a backup

4        bidder of Cornell Realty Management.

5                MR. ROGOFF:  The auction is now

6        closed.  At this point, no one else submitted

7        any other competing or higher bid.

8                MR. MANISCALCO:  The auction is

9        closed.  Mr. Rogoff, your client is the highest

10       bidder.  At this point, I will close out the

11       record.  Mr. Beninati, I'm going to disconnect

12       you.  Thank you very much.

13                (Time noted:  12:08 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



1

2      CERTIFICATION

3

4

       STATE OF NEW YORK)
5
                         )                    ss:
6
       COUNTY OF SUFFOLK)
7

8              I, JUDI GALLOP, a shorthand reporter

9      and Notary Public within and for the State of

10     New York, do hereby certify that the BH Sutton

11     Chapter 11 bankruptcy auction was held before me

12     on December 13, 2016.

13

14             That the within testimony was

15     stenographically recorded by myself, to the best

16     of my ability, and is a true and accurate record

17     of the proceedings.

18

19             IN WITNESS WHEREOF, I have hereunto

20     set my hand this 30th day of December, 2016.

21

22                        *Judi Gallop*

23     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                      JUDI GALLOP
24

25



1                    E R R A T A

2     I wish to make the following changes, for the

3     following reasons:

4

5     PAGE   LINE

6     ------ ---- CHANGE:---------------------------

7                 REASON:---------------------------

8     ------ ---- CHANGE:---------------------------

9                 REASON:---------------------------

10    ------ ---- CHANGE:---------------------------

11                REASON:---------------------------

12    ------ ---- CHANGE:---------------------------

13                REASON:---------------------------

14    ------ ---- CHANGE:---------------------------

15                REASON:---------------------------

16    ------ ---- CHANGE:---------------------------

17                REASON:---------------------------

18    ------ ---- CHANGE:---------------------------

19                REASON:---------------------------

20    ------ ---- CHANGE:---------------------------

21                REASON:---------------------------

22

23    --------------------        --------------

24    WITNESS' SIGNATURE               DATE

25



**1**

**10001** 2:20

**10017** 3:14

**10022** 1:12 2:22 3:20 5:16

**10036** 2:9

**101** 3:10

**10166** 3:7

**10178** 3:10

**10281** 3:4

**10464** 2:16

**11** 1:9 4:1 5:1 6:1 7:1,21,24 8:1,7,13,14,21 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:11

**11:48** 1:14

**11231** 3:17

**11556** 2:14

**1177** 2:8

**11793** 2:5

**12:08** 15:13

**1201** 2:13

**129** 6:19

**13** 1:13 16:12

**134** 2:20

**14** 8:15

**16-10455-(SHL** 1:9

**19** 7:9

**2**

**2** 12:4,7

**20** 7:3,18

**200** 3:3,7

**2015** 7:18

**2016** 1:13 8:15,16,17 11:23 12:4 16:12,20

**2017** 8:21

**22** 7:4 8:16

**2602** 3:10

**26th** 2:20

**29** 6:23

**3**

**30** 6:15

**30th** 3:3 16:20

**31** 6:9

**33** 6:9

**330** 3:13

**3305** 2:4

**36** 5:23

**363(b),(d),(f),(k** 8:6

**37** 6:5

**38th** 1:12 3:20

**3rd** 1:12

**4**

**422** 6:4

**426** 5:22 9:17 10:2

**428** 5:15

**430** 5:15

**432** 5:16

**434** 6:8 9:16 10:2

**436** 6:8

**440** 6:14

**442** 6:18

**444-446** 6:22

**455** 7:8

**461** 7:2,12

**481** 2:16

**5**

**5** 8:17 12:3

**505** 2:22

**57th** 7:3,8,12

**58** 1:6,7 2:7 4:16 7:23 8:11 9:18 11:3,15,17 12:16,22,23 13:10,19 14:18 15:3

**58th** 5:16,22 6:4,8,14,18,22 7:2

**6**

**605** 2:20

**7**

**75** 3:17

**8**

**800** 1:12 3:20

**9**

**9** 11:23

**A**

**a.m** 1:14 8:21

**ABIE** 3:22

**ability** 16:16

**accurate** 16:16

**accurately** 10:4

**acknowledge** 10:14

**acknowledged** 11:21

**acquisition** 7:11

**Adam** 2:10 10:6

**addition** 11:20

**administered** 1:10 7:25

**agreement** 7:18 11:22,24 12:4,10

**agreements** 5:21,22,24 10:20

**air** 7:17

**allow** 7:11

**am** 14:12

**amend** 12:7

**Americas** 2:8

**amount** 9:19 12:5

**and/or** 5:18

**anybody** 11:7

**anyone** 13:22

**anything** 13:24 14:23

**apologize** 7:4 8:10

**appearance** 4:5

**Appearances** 2:25

**apply** 12:13

**appointed** 8:13

**appointing** 10:9

**assets** 5:13,14 7:19 8:4

**Associates** 2:8 4:17 7:24 8:11 9:19 11:15,17 12:16,24 13:10,20 14:19 15:3

**Associate's** 11:3

**assumption** 9:14,15

10:19

**Attorney** 3:6

**Attorneys** 2:4,7,12 3:2

**auction** 4:1,3,13 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1,5,8 16:11

**authorized** 9:21

**available** 5:18

**Avenue** 1:12 2:4,8,16,22 3:7,10,13,20

**aware** 9:7

**B**

**backup** 15:3

**BALL** 2:11

**bankruptcy** 1:2 2:17 4:9 5:5,6 7:22,24 8:2,5 9:21,22 16:11

**BAR-OR** 3:23

**BARRY** 3:4

**BAUHOUSE** 2:19

**behalf** 4:23,24 10:7

**Beninati** 2:17 4:7,10,11 8:25 9:4,7 14:11,12,15,16,20 15:11

**best** 16:15

**BH** 1:5 2:17 4:1,9 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:10

**bid** 9:9,10,11,18,20,23 10:13,14,15,16,22 11:3,9,11,15,16,19,22,23 12:4,5,10,15,16,18,23 13:2,4,5,10,12,14,15,19,20,21,22,23 14:3,4,18 15:7

**bidder** 15:2,4,10

**bidders** 10:3 11:5

**bidding** 12:13 14:9,17,22,23

**bids** 9:9 10:4 11:2 14:7,14

**bit** 12:7

**break** 11:7,8



**brokers** 4:23 10:10

**Bronx** 2:16

**Brooklyn** 3:17

**buyer** 8:9 10:11

**buyer's** 9:13,24 10:17

---
C
---

**Calico** 4:15

**Capital** 1:11 3:15

**case** 1:9 7:22 10:10

**cases** 7:25 8:13

**Center** 3:3

**certain** 5:21,24 6:10
7:17

**CERTIFICATION** 16:2

**certify** 16:10

**CHANGE**
17:6,8,10,12,14,16,18
,20

**changes** 17:2

**Chapter** 1:9 4:1 5:1 6:1
7:1,21,24 8:1,7,13,14
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:11

**CHRIS** 2:21

**clear** 5:10

**client** 15:9

**close** 15:10

**closed** 14:22 15:6,9

**Code** 8:5 9:21

**committee** 2:12 7:23
8:10,12 14:24

**Company** 1:5,6,7

**competing** 15:7

**conditions** 4:13,20,21
5:8 9:2 11:14,21 12:9

**conducted** 8:5,17

**confirmation** 8:7,20

**connection** 5:4 7:22

**consistent** 11:24

**construction** 5:24 6:10

**contained** 5:21

**continued** 2:25

**contract** 9:15,16,17,25
10:2

**contribution** 8:23

**Cornell** 3:16 4:21 9:10
10:21 11:4,11 12:18
13:5,16 14:2 15:4

**COUNTY** 16:6

**court** 1:2 4:5 5:6 8:2
9:22 15:2

**credit** 9:20 10:13,16
11:22,23 12:4,5,7,10
13:2,12

**creditors** 2:13 7:23 8:12
14:24

**currently** 8:20 9:3 10:25
13:18,24

---
D
---

**DATE** 17:24

**dated** 7:18 8:15 11:23
12:3

**David** 3:22 4:23

**day** 16:20

**debtor** 14:9

**debtors** 5:18,19

**debtor's** 7:24 14:10

**Debtors** 1:8 2:4

**December** 1:13 8:17
11:23 12:3 16:12,20

**decision** 9:22

**defined** 11:24

**Delaware** 1:5,6

**depending** 10:12

**describe** 10:4

**described** 10:22

**development** 5:17
6:2,7,12,17,21,25
7:7,12,16

**Director** 3:15,21,22

**disconnect** 15:11

**District** 1:2 5:7 8:3

**dollar** 10:15,16
11:10,16,19
12:15,18,23
13:4,5,10,14,15,19,21
,23 14:4,18

**dollars** 8:24 9:12,20,23
11:4,10 12:6,8,9,17
13:2,12,22 14:10

**done** 10:8 14:23

**DRAGHI** 2:14 14:25

**during** 11:6

---
E
---

**earlier** 12:2

**easements** 5:20

**East** 5:16,22
6:4,8,14,18,22
7:2,3,8,12

**EDERER** 2:11

**eight** 5:8 7:8 8:23

**eighty** 9:19,23 10:14,16
11:3 12:6,8

**eighty-five** 6:2 13:4,5
14:3

**eighty-four** 12:23 13:2

**eighty-one** 11:9,10

**eighty-seven**
13:14,15,20,21

**eighty-six** 13:9,12,19,23
14:9,18

**eighty-three** 6:24
12:17,18

**eighty-two** 11:16,19
12:8,15

**eleven** 8:21

**else** 15:6

**ESQ** 2:5,6,9,10,14,15
3:4,8

**estate** 2:18 3:9 4:8

**estates** 4:9 5:5

**Everybody** 4:3

**everything** 9:2

**exactly** 5:3

**executed** 4:19,21 5:9

---
F
---

**feet** 6:2,7,12,17,21,25
7:6,15

**fifteen** 7:15

**fifty** 6:6

**fifty-seven** 7:14

**fifty-six** 6:16

**filed** 7:21 8:8,14,22

**Financial** 3:3

**first** 9:9 11:9

**Fisher** 9:15,25

**five** 6:16,18,24 9:13,24

**Floor** 1:12 3:3,20

**forty-two** 6:12

**FRANKEL** 2:7

---
G
---

**GALLOP** 16:8,23

**GAMMA** 3:9

**Gemini** 3:6 7:13

**govern** 5:13

**Group** 2:19 4:15

---
H
---

**Hager** 3:18 10:24 11:12
12:20 13:7,17 14:5

**HAMMERMAN** 2:10

**hand** 4:6 16:20

**HARVEY** 3:8

**HASTINGS** 3:6

**haven't** 4:6 10:8 13:24

**heard** 13:24 14:13,15

**hearing** 8:20 10:23

**held** 16:11

**HERBST** 2:3

**hereby** 16:10

**hereunto** 16:19

**higher** 13:22 14:3 15:7

**highest** 15:9

**HOLECEK** 2:6

**HOLLY** 2:6

**hundred** 5:25
6:6,11,16,20,24
7:6,15 9:12

**Huntington** 3:17

---
I
---

**ILLUZZI** 2:24

**I'm** 5:2,7 9:7 12:21
13:3,8,13 14:8 15:11

**includes** 9:23

**including** 5:20,23
6:5,10,15,19,23



7:5,9,14
inclusionary 7:16,17
increase 12:7,25 13:11 14:3
interest 5:19
INVESTMENT 3:19
Isaac 3:18 11:12
it's 10:12

_____ J _____
January 7:18 8:21
Jerusalem 2:4
Joe 9:4
JOHN 2:24
joint 8:14,21 11:25 12:3
jointly 1:10 7:25 8:13
JONATHAN 3:11
Jones 2:21 3:2,13 4:24
Joseph 2:5,17 4:7
JOY 2:9
JUDI 16:8,23

_____ K _____
KALIKOW 3:11
KASSIN 3:22
Keith 3:14 4:24
known 5:15
Kramer 2:7 10:6
Kurland 3:14 4:24

_____ L _____
LaMONICA 2:3
Lang 3:2,13 4:25
lasalle 3:13
LaSalle 4:25
Leaving 11:13
lender 4:14,18 8:22 10:7,18 11:22 12:6,25 13:11
Levin 2:7 10:6
Liability 1:5,6,7
Liberty 3:3
license 5:24
licenses 5:20 6:10

LICHTENBERG 3:2,4
LIEBERMAN 3:21
Limited 1:5,6,7
LINE 17:5
LIPA 3:21
liquidation 7:21 8:15,18
listened 8:25
LLC 1:5,6,7 2:8 3:16 4:17,22 7:14
LLP 2:3,7,12 3:6
located 5:15
Lot 5:23 6:5,15,19,23 7:3,4,9
Lots 6:9

_____ M _____
Madison 3:13
Management 3:16 4:22 9:11 11:5,11 12:19 15:4
Managing 3:14,21
MANINSCALSCO 14:6
Maniscalco 2:3,5 4:2,12,19 9:5,8 10:21,25 11:13,25 12:14,21 13:3,8,13,18 14:13,21 15:8
Markets 3:15
material 8:19
math 10:8
Meridian 1:11 3:19 4:24
Mezz 1:5 4:9
MILLER 2:11
million 8:24 9:12,19,23 10:14,16 11:3,9,10,16,19 12:6,8,15,17,18,23 13:2,4,5,9,12,14,15,1 9,21,22,23 14:4,10,18
modification 8:19 9:6
modified 8:15
myself 16:15

_____ N _____
NAFTALIS 2:7
NATAN 2:10

net 9:23
NEVELOFF 2:9
NGUYEN 2:23
Notary 16:9
noted 15:13
notice 4:4
November 8:15,16

_____ O _____
obligations 9:14,16,17 10:17,19
official 2:12 8:10,12
okay 4:15
order 9:21 10:8,9
orders 10:18
owned 5:17
OWNER 1:6,7
owners 5:22

_____ P _____
p.m 15:13
page 2:25 17:5
pages 5:9
Park 2:22 3:7,10
party 10:12
pass-through 7:10
PAUL 3:6
payment 10:16
pending 5:5
percent 9:14,24
phone 4:7 14:11
plan 7:21 8:7,14,18,19,22 11:25 12:3
Plaza 2:13
please 4:6
PLLC 3:2
plus 9:12,14,15,16,24,25 10:2
point 8:23 9:13,24 12:22 14:6,17,23 15:6,10
potentially 8:23
precisely 5:10

premium 9:13,25 10:11,17
presented 10:5,22 15:2
President 3:11
previously 11:14
prior 10:22
proceed 5:2
proceedings 16:17
process 4:3 11:6
properties 5:15
property 7:10
proposed 8:14
provide 4:4
provides 8:22
provisions 10:10
Public 16:9
purchase 7:17
pursuant 7:16,20 8:5,18

_____ R _____
raise 4:6
re 1:4
ready 4:2
real 3:9 5:14
Realty 3:16 4:21 9:10 10:21 11:4,11 12:19 13:6,16 14:2 15:4
REASON 17:7,9,11,13,15,17,19,21
reasons 17:3
receipt 11:21
received 9:9,10,18
recommend 14:8
record 4:16 5:3,9 8:9,11 9:8 11:14,20 12:12 15:11 16:16
recorded 16:15
refer 4:17
reference 12:5
referred 11:25
relates 10:17
relating 10:11
remain 12:10



reporter 4:5 16:8

representative 2:18 4:8 14:10

Residential 3:6 7:13

retention 10:18

RICHARD 3:11

rights 5:17,20 6:3,7,13,17,21,25 7:7,12,16,17

Ring 2:16

Rogoff 2:10 4:15,16 10:6 11:18 12:25 13:11 15:5,9

room 4:4

RXR 2:13

**S**

sake 12:11

sale 5:12,13 7:20 8:4,17

SALES 3:19

Schechtman 3:22 4:23

scheduled 8:20

SCHLEIN 2:15

Section 12:4,7

sections 8:5

selling 5:4,11 7:20 9:3

seven 6:6 7:2,15 9:13,24

SHARESTEIN 2:12

shorthand 16:8

SIGNATURE 17:24

signed 4:14

similar 11:2

simply 10:13

six 6:22

sixteen 6:20

sixty-seven 6:20 9:11

sold 5:14

Southern 1:2 5:6 8:2

speak 11:7

speaks 10:8

square 6:2,6,12,16,20,25 7:6,15

ss 16:5

STANLEY 2:15

start 4:2,12

State 16:4,9

statement 12:12

States 1:2 5:6 8:2

stenographically 16:15

step 4:6

stop 14:9,17

Street 2:20 3:3,17 5:16,23 6:4,9,14,18,22 7:2,3,9,12

STRICKON 3:8

subject 8:6

submitted 11:22 15:6

subsequent 12:13

substantially 11:2

successful 14:25

SUFFOLK 16:6

Suite 2:20 3:10

supplemented 8:16

sure 4:4,11

Sutton 1:5,6,7 2:7,17 4:1,9,14,16,18 5:1 6:1 7:1,23 8:1,11 9:1,18 10:1 11:1,3,15,16 12:1,16,22,23 13:1,10,19 14:1,18 15:1,3 16:10

**T**

TAL 3:23

telephone 2:18

terms 4:13,20,21 5:8,12 9:2 11:20 12:9

testimony 16:14

Thank 12:14 15:12

third 3:20 10:12

thirteen 5:25 6:16

thirty-three 6:11

THOMAS 2:14

thousand 5:25 6:6,11,16,20,24 7:5,14 9:12

title 5:19

today 5:4,11 8:17

top 10:15

transaction 10:12,13

true 16:16

twenty-eight 7:6

twenty-one 6:6

twenty-three 7:5

twenty-two 6:24

twice 13:25 14:8,22

**U**

Uniondale 2:14

United 1:2 5:6 8:2

unsecured 2:13 7:23 8:10,12

unused 6:2,7,12,17,21,25 7:6,11

upon 10:12

utilized 9:20

**V**

VAN 2:23

various 10:20

**W**

Wantagh 2:5

West 2:20

WESTERMAN 2:11

WHEREOF 16:19

wish 17:2

WITNESS 16:19 17:24

World 3:3

**Y**

York 1:2,7,12 2:5,9,14,16,20,22 3:4,7,10,14,17,20 5:7,16,23 6:5,9,15,19,23 7:3,4,9,13 8:3 16:4,10

**Z**

zoning 5:17

ZUCKER 2:11



Reporter's Ink, Corp.    90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236