UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re                                                                                                    Chapter 11

    BH SUTTON MEZZ LLC,
    a Delaware Limited Liability Company,                              AFFIRMATION OF SERVICE
    SUTTON 58 OWNER LLC,
    a Delaware Limited Liability Company, and
    SUTTON 58 OWNER LLC,
    a New York Limited Liability Company,                              Case No. 16-10455 (SHL)

                        Debtors.
-----------------------------------------------------------------X

    Daniel M. Kolko, an attorney duly admitted to practice law in New York:

    I am not a party to the action, am over 18 years of age and reside in White Plains, New York.

    On February 3, 2017, I served the AFFIRMATION OF DANIEL M. KOLKO AND THE DECLARATION OF CARLOS QUEZADA IN SUPPORT OF OBJECTIONS OF ECC REALTY, LLC TO THE PROPOSED ORDER OF SUTTON 58 ASSOCIATES, LLC AUTHORIZING AND APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365 AND RULES 6006 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE in connection with the above case, on the Persons on the attached Service List by e-mail at their respective email address.

Dated:  February 3, 2017
           White Plains, New York

**SEE ANNEXED SERVICE LIST BELOW**

                                                                                /s/ Daniel M. Kolko, Esq.
                                                             _____
                                                             Daniel M. Kolko

# SERVICE LIST

**Westerman Ball Ederer Miller Zucker & Sharfstein, LLP**
**Attn: Thomas Alan Draghi, Esq.**
Attorneys for the Wind-Down Officer
TDRAGHI@WESTERMANLAWLLP.COM

**Kramer, Levin, Naftalis & Frankel, LLP**
**Attn: Adam C. Rogoff, Esq.**
Attorneys for Sutton 58 Associates LLC
AROGOFF@KARAMERLEVIN.COM

**Pryor & Mandelup, LLP**
**Attn:  Anthony Giuliano, Esq.**
Attorneys for 434 East 58th Street Owners, Inc.
AFG@PRYORMANDELUP.COM